NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BARUN ACHARYA AND XINGEN DONG,**
*Appellants,*

v.

**RAYMOND HAUSER AND LONNIE E. HOLDER,**
*Appellees.*

---

2011-1452
(Interference No. 105,750)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Raymond Hauser and Lonnie E. Holder move without opposition for entry of their stipulation to correct errors in the Oral Argument Transcript, Board of Patent Appeals and Interferences Document No. 155.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**SEP 0 2 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Jay Reed Campbell, Esq.
     Thomas C. McDonough, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 2 2011

JAN HORBALY
- CLERK